**Order entered May 31, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00462-CV

## IN RE SUSAN HAWK, Relator

**Original Proceeding from the County Criminal Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. M15-52765-E**

## ORDER
Before Chief Justice Wright and Justices Lang and Brown

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for writ of mandamus. We **ORDER** the trial judge, the Honorable Nancy Mulder, presiding judge of County Criminal Court No. 4, to vacate her April 7, 2016 Order on Defendant's Motion for Inspection of Evidence. Should the trial judge fail to comply with this order, the writ will issue. We **ORDER** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of her order issued in compliance with this order.

/s/     CAROLYN WRIGHT
           CHIEF JUSTICE